U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 12 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEROY DAVIS | CIVIL ACTION NO. 07-cv-0631 |
| VERSUS | JUDGE STAGG |
| WALTER DEMENT, ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 41)** be **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12th day of November, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE